UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re: §
Apogee Containers Inc. §   Case No. 6:13-bk-30034-SC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   A. Cisneros, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $84,000.00 (Without deducting any secured claims) | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $772,722.80 | Claims Discharged Without Payment: $8,085,948.00 |
| Total Expenses of Administration: $488,333.59 | |

   3) Total gross receipts of $1,261,056.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,261,056.39 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $370,276.00 | $976,385.39 | $852,156.35 | $772,722.80 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $490,261.39 | $488,333.59 | $488,333.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $20,087.05 | $20,087.05 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,375,511.90 | $4,968,230.79 | $4,968,230.79 | $0.00 |
| **TOTAL DISBURSEMENTS** | $5,745,787.90 | $6,454,964.62 | $6,328,807.78 | $1,261,056.39 |

4) This case was originally filed under chapter 7 on 12/16/2013. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   01/11/2017                                     By :   /s/ A. Cisneros
                                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Machinery, fixtures, equipment, and supplies | 1129-000 | $1,243,875.84 |
| ADP | 1221-000 | $613.55 |
| Johnson Controls - A/R | 1221-000 | $1,552.00 |
| Apogee vs. Aseptic - RIC 1211514 | 1249-000 | $15,000.00 |
| Subpoena Fee | 1290-000 | $15.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,261,056.39** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | H. Muehlstein & Co. | 4210-000 | $190,276.00 | $347,647.92 | $210,000.00 | $210,000.00 |
| 00000 | RIVERSIDE TAX COLLECTOR | 4700-000 | NA | $10,330.65 | $10,330.65 | $0.00 |
| 00001 | Internal Revenue Service | 4800-070 | NA | $101,825.70 | $101,825.70 | $32,722.80 |
| 00001 | U.S. BANK NATIONAL | 4210-000 | $180,000.00 | $516,581.12 | $530,000.00 | $530,000.00 |
| | **TOTAL SECURED** | | **$370,276.00** | **$976,385.39** | **$852,156.35** | **$772,722.80** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hahn Fife & Company, LLP | 3420-000 | NA | $271.30 | $271.30 | $271.30 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. CISNEROS, TRUSTEE | 2200-000 | NA | $30.98 | $30.98 | $30.98 |
| A. CISNEROS, TRUSTEE | 2100-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |
| INDEPENDENT MANAGEMENT | 3992-410 | NA | $70.90 | $70.90 | $70.90 |
| Jack Pope | 3711-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| REXCO LLC | 2410-000 | NA | $19,000.00 | $108,000.00 | $108,000.00 |
| SHULMAN HODGES & BASTIAN LLP | 3210-000 | NA | $180,927.50 | $90,000.00 | $90,000.00 |
| SHULMAN HODGES & BASTIAN LLP | 3220-000 | NA | $5,379.12 | $5,379.12 | $5,379.12 |
| HAHN FIFE & COMPANY | 3410-000 | NA | $3,051.50 | $3,051.20 | $3,051.20 |
| INDEPENDENT MANAGEMENT | 3991-400 | NA | $1,337.50 | $1,337.50 | $1,337.50 |
| ASSOCIATED BANK | 2600-000 | NA | $20.00 | $20.00 | $20.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $296.75 | $296.75 | $296.75 |
| TAUBER-ARONS | 2410-000 | NA | $55,000.00 | $55,000.00 | $55,000.00 |
| TAUBER-ARONS | 2820-000 | NA | $75,652.57 | $75,652.57 | $75,652.57 |
| TAUBER-ARONS | 3610-000 | NA | $98,223.27 | $98,223.27 | $98,223.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $490,261.39 | $488,333.59 | $488,333.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | FRANCHISE TAX BOARD | 5800-000 | NA | $1,621.97 | $1,621.97 | $0.00 |
| 000010B | Internal Revenue Service | 5800-000 | NA | $18,465.08 | $18,465.08 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $20,087.05 | $20,087.05 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000031 | Joe Scarcella, LPA | 7200-000 | NA | $11,574.89 | $11,574.89 | $0.00 |
| 000030 | Snyder Law LLP | 7200-000 | NA | $12,301.69 | $12,301.69 | $0.00 |
| 000028 | Gizmo Beverages, LLC | 7100-000 | NA | $147,673.90 | $147,673.90 | $0.00 |
| 000027 | Sierra Chemical Co. | 7100-000 | NA | $22,775.00 | $22,775.00 | $0.00 |
| 000026 | Howard Chow | 7100-000 | $425,502.00 | $30,000.00 | $30,000.00 | $0.00 |
| 000025 | Shih Chien | 7100-000 | $710,000.00 | $710,000.00 | $710,000.00 | $0.00 |
| 000024 | Howard Chow | 7100-000 | NA | $1,289,149.00 | $1,289,149.00 | $0.00 |
| 000023 | Howard Chow | 7100-000 | $425,502.00 | $473,333.00 | $473,333.00 | $0.00 |
| 000022 | KEVIN J SWIDERSKI | 7100-000 | $14,250.00 | $14,250.00 | $14,250.00 | $0.00 |
| 000021 | Dubois Chemicals Inc | 7100-000 | $829.00 | $829.00 | $829.00 | $0.00 |
| 000020 | Red Line Synthetic Oil Corp | 7100-000 | NA | $112,510.00 | $112,510.00 | $0.00 |
| 000019 | Ferco Color Inc | 7100-000 | $14,963.00 | $18,774.55 | $18,774.55 | $0.00 |
| 000017 | DAPRA LLC | 7100-000 | $7,984.87 | $8,689.16 | $8,689.16 | $0.00 |
| 000016A | Jesus Gutierrez - class | 7100-000 | NA | $1,422,150.00 | $1,422,150.00 | $0.00 |
| 000015 | Joseph E Mitchell | 7100-000 | $885.00 | $1,902.29 | $1,902.29 | $0.00 |
| 000014 | Richard Meaglia | 7100-000 | $459,377.00 | $454,775.86 | $454,775.86 | $0.00 |
| 000013A | Employment Development | 7100-000 | $20,000.00 | $14,260.17 | $14,260.17 | $0.00 |
| 000012 | APPLIED INDUSTRIAL | 7100-000 | $1,386.43 | $129.89 | $129.89 | $0.00 |
| 000011 | ALPI INDUSTRIAL SUPPLY | 7100-000 | $1,444.35 | $1,444.35 | $1,444.35 | $0.00 |
| 000010C | Internal Revenue Service | 7100-000 | NA | $58,102.70 | $58,102.70 | $0.00 |
| 000009 | Southern California Edison | 7100-000 | $31,630.00 | $31,193.72 | $31,193.72 | $0.00 |
| 000008 | Accurate Air Engineering Inc | 7100-000 | $18,050.00 | $24,456.00 | $24,456.00 | $0.00 |
| 000006 | G&C Forlift | 7100-000 | $735.54 | $735.54 | $735.54 | $0.00 |
| 000005 | Security Communication | 7100-000 | $423.50 | $117.00 | $117.00 | $0.00 |
| 000004 | Mold Vision Inc. | 7100-000 | $5,531.00 | $9,934.50 | $9,934.50 | $0.00 |
| 000001 | Pacific Rim Traders, LLC | 7100-000 | $119,301.00 | $97,168.58 | $97,168.58 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accurate Air Engineering | | $18,050.00 | NA | NA | $0.00 |
| | All Star Service Company | | $840.00 | NA | NA | $0.00 |
| | Allied Interstate Inc. | | $1,386.43 | NA | NA | $0.00 |
| | Alpi Industrial Supply | | $1,444.35 | NA | NA | $0.00 |
| | Aramark | | $245.55 | NA | NA | $0.00 |
| | Arias Ozzello & Cignac LLP | | NA | NA | NA | $0.00 |
| | AT&T Payment Center | | $2,300.00 | NA | NA | $0.00 |
| | B&G Products Company Inc. | | $1,656.40 | NA | NA | $0.00 |
| | Bekum America Corporation | | $14,000.00 | NA | NA | $0.00 |
| | Best Label Co. | | $350.00 | NA | NA | $0.00 |
| | Brenner Fielder & Assoc | | $273.93 | NA | NA | $0.00 |
| | CA State Board of Equalization | | $7,154.55 | NA | NA | $0.00 |
| | Chemsearch | | $4,746.00 | NA | NA | $0.00 |
| | Clariant | | $6,051.00 | NA | NA | $0.00 |
| | CMS Conveyor Manfacturing and | | $825.00 | NA | NA | $0.00 |
| | Coast Pneumatics Inc. | | $102.01 | NA | NA | $0.00 |
| | Connelly Machine | | $960.12 | NA | NA | $0.00 |
| | Costello King & Associates | | $760.76 | NA | NA | $0.00 |
| | Cottone & Moon | | $364.10 | NA | NA | $0.00 |
| | D&J Supply | | $885.00 | NA | NA | $0.00 |
| | DNS Services | | $130.00 | NA | NA | $0.00 |
| | Dubois Chemicals | | $829.00 | NA | NA | $0.00 |
| | Easy Way Transportation | | $16,300.00 | NA | NA | $0.00 |
| | Employment Development Dept | | $20,000.00 | NA | NA | $0.00 |
| | Ferco Color | | $14,963.00 | NA | NA | $0.00 |
| | G&C Forklift | | $735.54 | NA | NA | $0.00 |
| | GP Sales Corp | | $459,377.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harrington Mold | | $2,160.00 | NA | NA | $0.00 |
| | Heritage Container | | $9,529.41 | NA | NA | $0.00 |
| | Howard Chow | | $425,502.00 | NA | NA | $0.00 |
| | Inner Cool Refrigeration Inc. | | $882.84 | NA | NA | $0.00 |
| | Inpro Plastic Works | | $3,507.50 | NA | NA | $0.00 |
| | Internal Revenue Service | | $170,000.00 | NA | NA | $0.00 |
| | International Paper | | $16,828.50 | NA | NA | $0.00 |
| | Mechanical Drive & Belting | | $924.90 | NA | NA | $0.00 |
| | Meza Pallet Inc. | | $8,718.68 | NA | NA | $0.00 |
| | Modern Concepts Inc. | | $1,501.00 | NA | NA | $0.00 |
| | Mold Vision Inc. | | $5,531.00 | NA | NA | $0.00 |
| | Muehlstein | | $190,276.00 | NA | NA | $0.00 |
| | Munger Engineering | | $1,120.00 | NA | NA | $0.00 |
| | Nissel ASB Company Materials | | $4,038.00 | NA | NA | $0.00 |
| | Operational Solutions Inc. | | $3,585.00 | NA | NA | $0.00 |
| | Pacific Rim Traders LLC | | $119,301.00 | NA | NA | $0.00 |
| | Pettit | | $8,199.00 | NA | NA | $0.00 |
| | PolyOne Corporation | | $154,727.00 | NA | NA | $0.00 |
| | Resilux America LLC | | $221,517.00 | NA | NA | $0.00 |
| | Rexco LLC | | $204,226.00 | NA | NA | $0.00 |
| | Riverside County Treasurer | | $9,918.00 | NA | NA | $0.00 |
| | Rock Valley Tools Inc. | | $378.00 | NA | NA | $0.00 |
| | Roetzel and Andress | | $6,952.00 | NA | NA | $0.00 |
| | SCN Security Communication | | $423.50 | NA | NA | $0.00 |
| | Shih Chien | | $710,000.00 | NA | NA | $0.00 |
| | Southern California Edison | | $31,630.00 | NA | NA | $0.00 |
| | State Fund | | $22,164.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Propane | | $2,579.17 | NA | NA | $0.00 |
| | Szeto & Co. | | $2,500.00 | NA | NA | $0.00 |
| | US Bankcorp Equipment Finance | | $180,000.00 | NA | NA | $0.00 |
| | Waste Management of Inland | | $333.10 | NA | NA | $0.00 |
| | West Coast Industrial Supply | | $7,984.87 | NA | NA | $0.00 |
| | Woodland Pallets Corp | | $1,800.00 | NA | NA | $0.00 |
| | XL Engineering LLC | | $14,250.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,375,511.90 | $4,968,230.79 | $4,968,230.79 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 13-30034  
Case Name: Apogee Containers Inc.  
For Period Ending: 01/11/2017

Judge: Scott C. Clarkson

Trustee Name: A. Cisneros  
Date Filed (f) or Converted (c): 12/16/2013 (f)  
341(a) Meeting Date: 01/24/2014  
Claims Bar Date: 04/07/2014

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/Unscheduled Values | 3<br>Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=554(a) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1. | Machinery, fixtures, equipment, and supplies<br>Inventory list attached to Schedule B. | 2,500,000.00 | 0.00 | | 1,243,875.84 | FA |
| 2. | Johnson Controls - A/R (u)<br>Payment mailed to Debtor and turned over to Trustee | 0.00 | 1,552.00 | | 1,552.00 | FA |
| 3. | ADP (u)<br>A/R turned over to Trustee | 0.00 | 613.55 | | 613.55 | FA |
| 4. | Apogee vs. Aseptic - RIC 1211514 (u)<br>Riverside Superior Court Case. Order approving compromise and settlement enetered by BK Court on 04/08/104 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 5. | Subpoena Fee (u) | 0.00 | 15.00 | | 15.00 | FA |
| 6. | Potential Refund from U.S. Banc (u)<br>Per counsel, recovery doubtful. Recommended no further action. | 0.00 | 0.00 | | 0.00 | FA |
| 7. | ACCOUNTS RECEIVABLE (u)<br>Per amended schedule B filed on 1/16/14, asset was added.;Investigation and demands sent. Determined to have no value for the estate due to amounts and potential defenses. | 84,000.00 | 0.00 | | 0.00 | FA |
| 8. | Apogee Containers Inc. v Alma Alvarez (RIC 121495) (u)<br>Per amended schedule B filed on 1/16/14, asset was added with an unknown value. Investigated and determined to have no value for the estate. | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 9)

EXHIBIT 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 13-30034  
Case Name: Apogee Containers Inc.  
Judge: Scott C. Clarkson  
Trustee Name: A. Cisneros  
Date Filed (f) or Converted (c): 12/16/2013 (f)  
341(a) Meeting Date: 01/24/2014  
For Period Ending: 01/11/2017  
Claims Bar Date: 04/07/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 2,584,000.00 | 17,180.55 | | 1,261,056.39 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TIR 06/30/16 - Completed negotiations with counsel re: reduction in fees; Upon receipt of final fee applications, trustee's final report will be sumitted.
*********************************************************

12/31/15 QUARTERLY STATUS:  Minor updates due to audit report.
*********************************************************

09/30/15 QUARTERLY STAUTS:  Issue re: Potential recovery from US Bank resolved - no refund due estate.
*********************************************************

06/30/15 ANNUAL  STATUS:  Final asset is potential refund from US Bank, for which Counsel is seeking recovery
 closing work in process.
*********************************************************

03/30/15  QUARTERLY STATUS:  No additional estate assets located via books and records.  Claims analysis in process.
*********************************************************

12/31/14  QUARTERLY STATUS:  In process of analyzing books and records for potential causes of action against debtor's officers and shareholderes.
*********************************************************

09/30/14 QUARTERLY STATUS:  Debtor sought a protection order to avoid turning over books and records, however, order was entered denying same.  Analysis to be completed upon receipt of same.
*********************************************************

06/30/14 ANNUAL STATUS:  Auction sale of assets concluded
 CPA employed
 IMS employed to complete analysis of books and records
 investigaiton of other potential assets ongoing.
*********************************************************

03/31/14 QUARTERLY STATUS:  Immediate action necessary re: assets located on leased premises
 Motion to sell assets in process and negotiations with Landlord and secured creditor pending.
*********************************************************

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-30034 | Judge: Scott C. Clarkson | Trustee Name: A. Cisneros |
|---|---|---|
| Case Name: Apogee Containers Inc. | | Date Filed (f) or Converted (c): 12/16/2013 (f) |
| | | 341(a) Meeting Date: 01/24/2014 |
| For Period Ending: 01/11/2017 | | Claims Bar Date: 04/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**12/31/13 QUARTERLY STATUS:** Case recently filed
341a meeting scheduled in next quarter.


**Initial Projected Date of Final Report(TFR) :** 11/16/2016        **Current Projected Date of Final Report(TFR) :**


**Trustee's Signature**    /s/A. Cisneros        **Date:** 01/11/2017
A. Cisneros
3403 Tenth Street
Suite 714
Riverside, CA 92501
Phone : (951) 682-9705

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-30034 | Trustee Name: | A. Cisneros |
| Case Name: | Apogee Containers Inc. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******4822 Checking Account |
| Taxpayer ID No: | **-***5615 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/11/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/10/2014 | [2] | JOHNSON CONTROLS | Turnover of A/R | 1221-000 | 1,552.00 | | 1,552.00 |
| 01/10/2014 | [3] | AUTOMATIC DATA PROCESSING<br>400 W COVINA BLVD<br>SAN DIMAS CA 91773 | Turnover of A/R | 1221-000 | 613.55 | | 2,165.55 |
| 02/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,155.55 |
| 03/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,145.55 |
| 03/27/2014 | [1] | TAUBER-ARONS | Deposit | 1129-000 | 53,350.00 | | 55,495.55 |
| *04/07/2014 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.42 | 55,482.13 |
| 05/02/2014 | [4] | OUTWATER & PINCKES, LLP<br>900 ROOSEVELT<br>IRVINE, CA 92620 | Settlement Funds c/o 04/08/14 | 1249-000 | 15,000.00 | | 70,482.13 |
| *05/09/2014 | | Reverses Adjustment OUT on 04/07/14 | BANK SERVICE FEE<br>Reversed by Associated Bank 4/11/14 | 2600-000 | | (13.42) | 70,495.55 |
| 05/13/2014 | | TAUBER-ARONS | Sale Proceeds - Order 04/14/14 | | 958,600.00 | | 1,029,095.55 |
| | | | | Page Subtotals | 70,515.55 | 20.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No:** | 13-30034 | | **Trustee Name:** | A. Cisneros |
| **Case Name:** | Apogee Containers Inc. | | **Bank Name:** | Associated Bank |
| | | | **Account Number/CD#:** | ******4822 Checking Account |
| **Taxpayer ID No:** | **-***5615 | | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 1/11/2017 | | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [1] | | Auction Sales Revenue  1,187,475.84 | 1129-000 | | | |
| | | | Rexco - Admin rent  (55,000.00) | 2410-000 | | | |
| | | | Sales taxes  (75,652.57) | 2820-000 | | | |
| | | | Auctioneer Fee - Auctioneer was approved to receive commission of 15% of gross sales, but agreed to a "guaranteed net" to the Estate of $1,067,000.  Therefore, Auctioneer's commission was reduced to $101,223.27 (approx. .082%) less its agreed upon payment of $3,000 to Rexco.  (98,223.27) | 3610-000 | | | |
| 05/16/2014 | 100001 | U.S. BANC C/O LABOWE, LABOWE & HOFFMAN, LLP 1631 W. BEVERLY BLVD. SECOND FLOOR LOS ANGELES, CA 90026, | Principal Payment per c/o 4/14/14 UCC-1 Filing No. 06-7063961038 | 4210-000 | | 475,000.00 | 554,095.55 |
| 05/16/2014 | 100002 | REXCO, LLC C/O JAMES M. TRUSH, ESQ. TRUSH LAW OFFICE 695 TOWN CENTER DRIVE, SUITE 700 COSTA MESA, CA 92627, | Administrtrative Rent per c/o entered 4/14/14 | 2410-000 | | 90,000.00 | 464,095.55 |
| | | | Page Subtotals | | 958,600.00 | 565,000.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-30034 | | Trustee Name: | A. Cisneros |
| Case Name: | Apogee Containers Inc. | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******4822 Checking Account |
| Taxpayer ID No: | **-***5615 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/11/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/20/2014 | [1] | TAUBER-ARONS, INC.<br>13848 VENTURA BLVD.<br>SHERMAN OAKS, CA 91423 | Sale Proceeds - Order 04/14/14 | 1129-000 | 3,050.00 | | 467,145.55 |
| 06/04/2014 | 100003 | U.S. BANC<br>C/O LABOWE, LABOWE & HOFFMAN, LLP<br>1631 W. BEVERLY BLVD.<br>SECOND FLOOR<br>LOS ANGELES, CA 90026, | Principal Payment per c/o 4/14/14<br>UCC-1 Filing No. 06-7063961038 | 4210-000 | | 55,000.00 | 412,145.55 |
| 06/12/2014 | 100004 | REXCO, LLC<br>2518 N. SANTIAGO BLVD.<br>ORANGE, CA 92867 | Administrtrative Rent<br>per court orders entered 4/14/14 and 05/13/14 | 2410-000 | | 18,000.00 | 394,145.55 |
| 06/13/2014 | 100005 | H. Muehlstein<br>15910 Ventura Blvd., Suite 1525<br>Encino, California 91436 | Payment of Muehlstein Claim<br>pursuant to Stipulation c/o entered 06/12/14 | 4210-000 | | 210,000.00 | 184,145.55 |
| 06/27/2014 | 100006 | JACK POPE<br>POPE*S AUCTIONS & ANTIQUES<br>P.O. BOX 2167<br>YUCCA VALLEY, CA 92286 | Valuations of Assets<br>Court Order Entered June 24, 2014 | 3711-000 | | 1,000.00 | 183,145.55 |
| 01/28/2015 | 100007 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium Bond # 0106030866<br>Term 01/04/15 to 01/04/16 | 2300-000 | | 274.64 | 182,870.91 |
| | | | | Page Subtotals | 3,050.00 | 284,274.64 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 13-30034 | |
| Case Name: | Apogee Containers Inc. | |
| Taxpayer ID No: | **-***5615 | |
| For Period Ending: | 1/11/2017 | |

| | | |
|---|---|---|
| Trustee Name: | A. Cisneros | |
| Bank Name: | Associated Bank | |
| Account Number/CD#: | ******4822 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/18/2015 | [5] | First Legal Services, Inc.<br>Riverside Field Account<br>3600 Lime Street<br>Suite 626<br>Riverside, CA 92501, | subpoena fee | 1290-000 | 15.00 | | 182,885.91 |
| 03/20/2015 | | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Refund | 2300-000 | | (103.76) | 182,989.67 |
| 01/14/2016 | 100008 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Bond Premium Bond # 016030866<br>Term 01/04/16 to 01/04/17 | 2300-000 | | 125.87 | 182,863.80 |
| 03/08/2016 | 100009 | A. CISNEROS, TRUSTEE<br>3403 Tenth Street<br>Suite 714<br>Riverside, CA 92501 | Transfer funds to Texas Capital Bank | 9999-000 | | 182,863.80 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 15.00 | 182,885.91 |
| | **COLUMN TOTALS** | 1,032,180.55 | 1,032,180.55 |
| | Less: Bank Transfer/CD's | 0.00 | 182,863.80 |
| | **SUBTOTALS** | 1,032,180.55 | 849,316.75 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 1,032,180.55 | 849,316.75 |

UST Form 101-7-TDR (10/1/2010) (Page 15)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EXHIBIT 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-30034 | Trustee Name: | A. Cisneros |
| Case Name: | Apogee Containers Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0097 Checking Account |
| Taxpayer ID No: | **-***5615 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/11/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/08/2016 | | A. Cisneros, Trustee<br>3403 Tenth Street<br>Suite 714<br>Riverside, CA 92501 | Transfer funds from Associated Bank | 9999-000 | 182,863.80 | | 182,863.80 |
| 11/30/2016 | 52001 | A. CISNEROS, TRUSTEE<br>3403 Tenth St., Ste. 714<br>Riverside, 92501 | Trustee's Compensation | 2100-000 | | 50,000.00 | 132,863.80 |
| 11/30/2016 | 52002 | A. CISNEROS, TRUSTEE<br>3403 Tenth Street, Suite 714<br>Riverside, , CA 92501 | Trustee Expenses | 2200-000 | | 30.98 | 132,832.82 |
| 11/30/2016 | 52003 | SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | Attorney for Trustee Fees per Final Fee Application | 3210-000 | | 90,000.00 | 42,832.82 |
| 11/30/2016 | 52004 | SHULMAN HODGES & BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | Attorney for Trustee Expenses per Final Fee Application | 3220-000 | | 5,379.12 | 37,453.70 |
| 11/30/2016 | 52005 | HAHN FIFE & COMPANY<br>790 E. Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant for Trustee - Fees per Fee Application | 3410-000 | | 3,051.20 | 34,402.50 |
| 11/30/2016 | 52006 | Hahn Fife & Company, LLP<br>790 E. Colorado Blvd., 9th Fl.<br>Pasadena, CA 91101 | Accountant for Trustee - Expenses per Final Fee Application | 3420-000 | | 271.30 | 34,131.20 |
| | | | Page Subtotals | | 182,863.80 | 148,732.60 | |

UST Form 101-7-TDR (10/1/2010) (Page 16)                                                                                                           EXHIBIT 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-30034 | Trustee Name: | A. Cisneros |
| Case Name: | Apogee Containers Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0097 Checking Account |
| Taxpayer ID No: | **-***5615 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/11/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/30/2016 | 52007 | INDEPENDENT MANAGEMENT SERVICES<br>P.O. BOX 3876<br>ORANGE, CA  92857-0876 | | 3991-400 | | 1,337.50 | 32,793.70 |
| 11/30/2016 | 52008 | INDEPENDENT MANAGEMENT SERVICES<br>PO Box 3876<br>Orange, CA 92857-0876 | | 3992-410 | | 70.90 | 32,722.80 |
| 11/30/2016 | 52009 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Disb of 32.14% to Claim #000010A | 4800-070 | | 32,722.80 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 34,131.20 |
| **COLUMN TOTALS** | 182,863.80 | 182,863.80 |
| Less:Bank Transfer/CD's | 182,863.80 | 0.00 |
| **SUBTOTALS** | 0.00 | 182,863.80 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 182,863.80 |

| **TOTAL-ALL ACCOUNTS** | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******4822 Checking Account | 1,032,180.55 | 849,316.75 | |

| All Accounts Gross Receipts: | 1,261,056.39 |
| All Accounts Gross Disbursements: | 1,261,056.39 |
| All Accounts Net: | 0.00 |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 13-30034 | **Trustee Name:** A. Cisneros | |
| **Case Name:** Apogee Containers Inc. | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******0097 Checking Account | |
| **Taxpayer ID No:** **-***5615 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 1/11/2017 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | ******0097 Checking Account | | | 0.00 | 182,863.80 | |
| | | **NetTotals** | | | **1,032,180.55** | **1,032,180.55** | **0.00** |